UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jessica Moe, *on behalf of herself and*          Civil No. 18-147 (JNE/DTS)
*all others similarly situated,*

      Plaintiff,

v.                                              ORDER

Collectibles Management Resources,

      Defendant.


On November 16, 2018, the parties filed a joint Stipulation of Dismissal with

Prejudice [Dkt. No. 22].   Based on the stipulation, this action is dismissed with prejudice,

without taxation of costs or attorney fees to any party.

IT IS SO ORDERED.


Dated:   November 19, 2018


s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge